AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of  )
*(Briefly describe the property to be searched  )
or identify the person by name and address)*  )   Case No.   2:23-cr-00414
Attachment A to the Affidavit of ATF SA Ante K. Brusich  )
Dated May 16, 2023  )
)

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please See Attachment A to the Affidavit of ATF SA Ante K. Brusich Dated May 16, 2023.
located in the __United States__ District of _____, there is now concealed *(identify the person or describe the property to be seized)*:

Please See Attachment B to the Affidavit of ATF SA Ante K. Brusich Dated May 16, 2023.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Felon in Possession of Firearm |
| 18 USC 924(c) | Possession of Weapon in Furtherance of Drug Trafficking |
| 18 USC 933 | Trafficking in Firearms |
| 21 USC 841(a)(1) | Possession with Intent and Distribution of Controlled Substances |

The application is based on these facts:

Please See Attached Affidavit of ATF SA Ante K. Brusich Dated May 16, 2023.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
ANTE BRUSICH
Digitally signed by ANTE BRUSICH
Date: 2023.05.16 09:02:49 -04'00'
*Applicant's signature*

Ante K. Brusich, ATF Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
*(specify reliable electronic means)*.

Date: May 16, 2023
_____
*Judge's signature*

City and state: Charleston, South Carolina          Molly H. Cherry, United States Magistrate Judge
*Printed name and title*